JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS MASCORRO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-13-286-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING JUDGMENT |
| v. | ) | SENTENCING |
| | ) | |
| JESUS MASCORRO, | ) | Date:  July 1, 2014 |
| | ) | Time:  9:15 a.m. |
| Defendant. | ) | Judge: Lawrence K. Karlton |
| | ) | |

The parties hereby stipulate the following:

1. Judgment and sentencing in this matter is presently set for May 13, 2014.  Counsel for the parties request the date for judgment and sentencing be continued to July 1, 2014 at 9:15 a.m.  Counsel for Mr. Mascorro needs additional time to meet with Mr. Mascorro; review the PSR when published; discuss the findings and recommendations therein; and, research and draft informal objections as necessary. Assistant U.S. Attorney Todd A. Pickles and USPO Lynda Moore have been advised of this request and have no objection.  The parties requests the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**                                    **7/1/14**

   Reply, or Statement of Non-Opposition:                               6/24/14

| | |
|---|---|
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 6/17/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 6/10/14 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 6/3/14 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 5/20/14 |

IT IS SO STIPULATED.

Dated: April 28, 2014                               /s/  John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Jesus Mascorro


Dated: April 28, 2014                               Benjamin B. Wagner
                                                    United States Attorney

                                      by:    /s/  Todd A. Pickles
                                             TODD A. PICKLES
                                             Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 30th day of April, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2