JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESUS MASCORRO

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-13-286-LKK |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| | ) ORDER CONTINUING JUDGMENT |
| v. | ) SENTENCING |
| | ) |
| JESUS MASCORRO, | ) |
| | ) Date:   August 12, 2014 |
| Defendant. | ) Time:  9:15 a.m. |
| | ) Judge: Lawrence K. Karlton |
| | ) |
| | ) |
| | ) |

The parties hereby stipulate the following:

1.  Judgment and sentencing in this matter is presently set for July 1, 2014.  Counsel for
    the parties request the date for judgment and sentencing be continued to
    August 12, 2014, at 9:15 a.m.  Counsel for Mr. Mascorro needs additional time to
    meet with Mr. Mascorro; review the PSR when published; discuss the findings and
    recommendations therein; and, research and draft informal objections as necessary.
    Assistant U.S. Attorney Todd A. Pickles and USPO Lynda Moore have been advised
    of this request and have no objection.  The parties requests the Court adopt the
    following schedule pertaining to the presentence report:

    **Judgment and Sentencing date:**               **8/12/14**

    Reply, or Statement of Non-Opposition:          8/05/14

Motion for Correction of the Presentence Report
Shall be filed with the Court and served on the
Probation Officer and opposing counsel no later than:      7/29/14

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:      7/22/14

Counsel's written objections to the Presentence Report
Shall be delivered to the probation officer and opposing
Counsel no later than:      7/15/14

The Presentence Report shall be filed with the Court
And disclosed to counsel no later than:      7/01/14


IT IS SO STIPULATED.

Dated: June 26, 2014                                    /s/  John R. Manning
                                                        JOHN R. MANNING
                                                        Attorney for Defendant
                                                        Jesus Mascorro


Dated: June 26, 2014                                    Benjamin B. Wagner
                                                        United States Attorney

                                            by:      /s/  Paul A. Hemesath
                                                        TODD A. PICKLES
                                                        Assistant U.S. Attorney


**ORDER**

IT IS SO FOUND AND ORDERED this 1st day of July,  2014.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT