HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
JESUS GUADELUPE MASCORRO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 13-cr-286 MCE |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JESUS GUADELUPE MASCORRO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | Judge: Honorable MORRISON C. ENGLAND, JR. |

Defendant, JESUS GUADELUPE MASCORRO, by and through his attorney, Assistant

Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and

through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.       Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of

imprisonment in the case of a defendant who has been sentenced to a term of imprisonment

based on a sentencing range that has subsequently been lowered by the Sentencing Commission

pursuant to 28 U.S.C. § 994(o);

2.       On August 12, 2014, this Court sentenced Mr. Mascorro to a term of 33 months

imprisonment;

3.       Mr. Mascorro's total offense level was 21, his criminal history category was III,

and the resulting guideline range was 46 to 57 months.  He received a reduction from the

statutory mandatory minimum on the government's motion;

4.      The sentencing range applicable to Mr. Mascorro was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      Mr. Mascorro's total offense level has been reduced from 21 to 19, and his amended guideline range is 37 to 46 months.  A reduction comparable to the one he received initially yields a term of 20 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Mascorro's term of imprisonment to 20 months.

Respectfully submitted,

Dated:  August 12, 2015                         Dated:  August 12, 2015

BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
United States Attorney                        Federal Defender


 /s/  Jason Hitt_____                         /s/ Hannah R. Labaree____
JASON HITT                                    HANNAH R. LABAREE
Assistant U.S. Attorney                        Assistant Federal Defender

Attorney for Plaintiff                          Attorney for Defendant
UNITED STATES OF AMERICA           JESUS GUADELUPE MASCORRO

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Mascorro is entitled to the benefit Amendment 782, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 37 to 46 months.  A reduction comparable to the one he received initially yields a term of 20 months.

IT IS HEREBY ORDERED that the total term of imprisonment imposed in August 2014 is reduced to 20 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Mascorro shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:  August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT